B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 13−32328−DOT
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerardo P Torres
3351 B Cofer Road
Richmond, VA 23224

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−5305

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Gerardo P Torres is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: August 7, 2013                               William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 13-32328-DOT
Gerardo P Torres                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7           User: admin              Page 1 of 3             Date Rcvd: Aug 08, 2013
                               Form ID: B18             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2013.
```
db          +Gerardo P Torres,    3351 B Cofer Road,   Richmond, VA 23224-6405
11764078    +Call Fcu,    4605 Commerce Road,    Richmond, VA 23234-2233
11764079    +Call Federal Credit Union,    4605 Commerce Road,    Richmond, VA 23234-2233
11764080     Capital One Bank, N.A.,    Bankruptcy Dept,    P.O. Box 5115,    Norcross, GA 30091-0000
11764082    +Comcast Communications,    Attn: Bankruptcy Notification,    8029 Corporate Drive,
              White Marsh, MD 21236-4977
11764084   ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
             (address filed with court: Dominion Virginia Power,     P.O. Box 26666,    18th Floor,
              Richmond, VA 23261-6666)
11764085    +Eastern Account System, Inc,    P.O. Box 837,    Newtown, CT 06470-0837
11764086   ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,     STE B,    RICHMOND VA 23236-3690
             (address filed with court: Focused Recovery Solutions,      9701 Metropolitan Court,    Suite B,
              Richmond, VA 23236-3690)
11764089    +Gold's Gym,   125 E. John Carpenter Freeway,     Suite 1300,   Irving, TX 75062-2366
11764090    +HCA Healthcare,    Patient Account Services,    P.O. Box 13620,    Richmond, VA 23225-8620
11764092     Lafayette, Ayers & Whitlock,    1010 Staples Mill Road, Suite,     Glen Allen, VA 23060-0000
11764093    +Rainbow Station Inc.,    4551 Cox Rd # 310,    Glen Allen, VA 23060-6740
11764095    +The Fitzpatrick Law Group, PC,    4118 Leonard Dr.,    Suite 200,    Fairfax, VA 22030-5118
11764096    +The McNeil Law Group,    2315 East Broad Street,    Richmond, VA 23223-7126
11764097     Virginia Department of Tax,    PO Box 2156,    Richmond, VA 23218-2156
11764098    +Virginia Housing Devel,    601 S Belvidere St,    Richmond, VA 23220-6504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QHSHAIA.COM Aug 09 2013 01:23:00      Harry Shaia, Jr,    Spinella, Owings & Shaia, P.C.,
              8550 Mayland Drive,    Richmond, VA 23294-4704
cr          +EDI: BASSASSOC.COM Aug 09 2013 01:23:00      Capital One, N.A.,    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
11786152    +EDI: BASSASSOC.COM Aug 09 2013 01:23:00      Capital One, N.A.,    c/o Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
11764081    +EDI: CHASE.COM Aug 09 2013 01:23:00      Chase,    Po Box 15298,   Wilmington, DE 19850-5298
11764083    +EDI: WFNNB.COM Aug 09 2013 01:23:00      Comenity Bank,    4590 E Broad St,
              Columbus, OH 43213-1301
11764087    +EDI: RMSC.COM Aug 09 2013 01:23:00      G.E. Money Bank,    Attn: Bankruptcy,   P.O. Box 103106,
              Roswell, GA 30076-9106
11764088    +EDI: RMSC.COM Aug 09 2013 01:23:00      GECRB,    Attn Bankruptcy Dept,   P O Box 103104,
              Roswell, GA 30076-9104
11764091     EDI: IRS.COM Aug 09 2013 01:23:00      Internal Revenue Service,    Centralized Insolvency Ops,
              PO Box 7346,   Phila, PA 19101-7346
11764094    +EDI: STF1.COM Aug 09 2013 01:23:00      Suntrust Bank,    Po Box 85052,   Richmond, VA 23285-5052
                                                                                              TOTAL: 9
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           Virginia Housing Development Authority
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

```
District/off: 0422-7          User: admin              Page 2 of 3              Date Rcvd: Aug 08, 2013
                              Form ID: B18             Total Noticed: 25

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 10, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7          User: admin              Page 3 of 3                  Date Rcvd: Aug 08, 2013
                              Form ID: B18             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2013 at the address(es) listed below:

          Harry  Shaia, Jr    harryshaia@spinella.com,
           marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
          Jason Meyer Krumbein    on behalf of Debtor Gerardo P Torres jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Julian A. Bryant, Jr.    on behalf of Creditor    Virginia Housing Development Authority
           julian.bryant@vblawyers.com,   jennifer.onhaizer@vblawyers.com
          Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com

                                                                                                                   TOTAL: 4